```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 17345
    KEVIN M BOTT
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-2158
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/29/06 and confirmed on 04/06/07.

2. The case was converted to Chapter 7 after confirmation, 10/22/2008.

3. The Debtor paid a total of $ 6897.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WEST SUBURBAN BANK | SECURED VEHIC | 5195.74 | 171.28 | 5195.74 |
| SHEILA BOTT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 601.60 | .00 | 16.23 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10684.15 | .00 | 288.21 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15491.40 | .00 | 417.88 |
| DISCOVER BANK | UNSECURED | 12096.04 | .00 | 326.29 |
| WEST SUBURBAN BANK | UNSECURED | 6180.19 | .00 | 166.73 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5195.74 | .00 | 45053.38 | .00 | 50249.12 |
| PRINCIPAL PAID | 5195.74 | .00 | 1215.34 | .00 | 6411.08 |
| INTEREST PAID | 171.28 | .00 | .00 | .00 | 171.28 |
| TOTAL PAID | 5367.02 | .00 | 1215.34 | .00 | 6582.36 |

The Debtor's attorney, KATHLEEN VAUGHT                , was allowed $      .00
and was paid $       .00 .

The Trustee received $    314.64 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 01/22/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 06 B 17345 KEVIN M BOTT
```